# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132880

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RANDY DAVELL YOUNG,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132880
COA: 273599
Monroe CC: 05-034191-FC

_____/

On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

Clerk